IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BARKER, #925332, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-1634-N |
| | § | |
| M. HILL, et al., | § | |
| Defendants. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** the motion to proceed *in forma pauperis*.

SO ORDERED.

SIGNED October 6, 2010.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD BARKER, #925332,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 3:10-CV-1634-N | |
| § | | |
| **M. HILL, et al.,** § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **DENIES** the motion to proceed *in forma pauperis*.

SO ORDERED this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD BARKER, #925332,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-1634-N |
| | § | |
| **M. HILL, et al.,** | § | |
| Defendants. | § | |

# JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this action is **DISMISSED** as barred by the three strikes provision of 28 U.S.C. § 1915(g).

SIGNED this ___ day of _____, 2010.


_____
UNITED STATES DISTRICT JUDGE